

# Fourth Court of Appeals
## San Antonio, Texas

March 23, 2020

No. 04-19-00343-CV

Brittany **RETLEDGE** and Arnold Lamotte, Jr.,
Appellant

v.

Misty **SANTANA,**
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2019CV04147
Honorable J Frank Davis, Judge Presiding

# O R D E R

Appellants' briefs were filed on January 15, 2020. Therefore, the appellee's brief was due to be filed on February 14, 2020. As of this date, neither the appellee's brief nor a motion for extension of time has been filed. It is therefore ORDERED that appellee show cause in writing *within ten (10) days* from the date of this order why this appeal should not be set at issue. If appellee fails to respond, this appeal will be set at issue without an appellee's brief.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of March, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court